IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SCOTT NATHON WEHMHOEFER, TDCJ #795907, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-06-0205 |
| WARDEN VASQUEZ, *et al.*, | § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

For the reasons set out in the Court's *Memorandum and Order* of even date, this case is **DISMISSED** with prejudice, under 28 U.S.C. § 1915(e)(2)(B), for failure to state a cognizable federal claim. Alternatively, the complaint is dismissed as frivolous and malicious.

This is a **FINAL JUDGMENT**.

The Clerk will provide copies of this order to the parties.

SIGNED at Houston, Texas on **January 25, 2006.**

_____
Nancy F. Atlas
United States District Judge

060125.1359